Case 8:16-cv-02897-MSS-AEP   Document 9   Filed 04/05/16   Page 1 of 2 PageID 77

Case 8:16-cv-02897-MSS-AEP   Document 9   Filed 04/05/16   Page 1 of 2 PageID 77

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIM BIMONTE and MARY ANN
RODRIGUEZ, individually and on behalf
of others similarly situated

        Plaintiffs,

v.                                         Case No:  2:16-cv-223-FtM-38MRM

21ST CENTURY ONCOLOGY, INC.,
21ST CENTURY ONCOLOGY, LLC,
21ST CENTURY ONCOLOGY
MANAGEMENT SERVICES, INC.,
21ST CENTURY ONCOLOGY
SERVICES, LLC and 21ST
CENTURY ONCOLOGY
HOLDINGS, INC.,

        Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court upon *sua sponte* review of the docket. Pursuant to 28 U.S.C. § 455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned."  Any doubt "must be resolved in favor of recusal."  *See* Murray v. Scott, 253 F.3d 1308, 1310 (11th Cir. 2001).  Additionally, 28 U.S.C. § 455(b) enumerates certain circumstances in which judges must disqualify themselves from cases.  Pertinent here, judges should disqualify themselves when they know their spouse

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

"has a financial interest in . . . a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding." 28 U.S.C. § 455(b)(4). As a result, the undersigned finds a conflict of interest and must recuse herself from this case.

Accordingly, it is now

**ORDERED:**

The Honorable Sheri Polster Chappell is hereby **RECUSED** from the instant case. The Clerk of the Court is directed to reassign the case to another United States District Judge.

**DONE** and **ORDERED** in Fort Myers, Florida, this 5th day of April, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record